IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:21-cv-381

SHIETH EVANS

        Plaintiff,

v.

ASCENDANT HOLIDAYS, LLC and
MONTEREY FINANCIAL SERVICES LLC

        Defendants.
        _____/

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants Monterey Financial Services, LLC ("Monterey) and Ascendant Holidays, LLC ("AH") (collectively "Defendants"), by filing this Notice of Removal, hereby remove the above-entitled action from the County Court in and for Hillsborough County, Florida, on the basis of federal question jurisdiction and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

In support of the Notice of Removal Defendant asserts the following:

1. On or about January 21, 2021, Defendant Monterey was served with a Complaint related to a civil action filed by Plaintiff Shieth Evans ("Plaintiff") in the County Court in and for Hillsborough County, Florida, Civil Division. Plaintiff served AH on January 20, 2021. The proceeding is entitled and captioned *Shieth Evans v. Ascendant Holidays LLC, et al.*, Case No.:20-CC-094886.

2. The above-referenced Complaint was filed in the County Court in and for Hillsborough County, Florida, on December 29, 2020.

3. Plaintiff contends she is a resident of the Hillsborough County, Florida.

1

4. Defendant Monterey is a California limited liability company with a principal place of business in the State of California.

5. Defendants desire to exercise their right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Plaintiff's Complaint alleges that Defendant Monterey violated, *inter alia*, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

7. Given the allegations in the Complaint that Defendant Monterey violated the FDCPA, this Court, pursuant to 28 U.S.C. § 1331, has subject matter jurisdiction over the allegations in the Complaint.

8. Thus, the state court action may be removed to this Court by Defendants in accordance with the provisions of 28 U.S.C. § 1441(a) because this is a civil action pending within the jurisdiction of the United States District Court for the Middle District of Florida, and because the allegations made by the Plaintiff allege violations of the FDCPA.

9. This Notice of Removal is filed with this Court within thirty (30) days after Plaintiff served on Defendants in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1441(a), venue is proper because Hillsborough County lies within the Middle District of Florida.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint served on Defendant Monterey is attached as **Exhibit A**. As this is a small claims matter, there is no docket sheet.

12. A Civil Cover Sheet is attached hereto as **Exhibit B**.

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is contemporaneously being filed with the County Court in and for Hillsborough County, Florida, and served on Plaintiff. By serving a copy of this Notice of Removal on Plaintiff, Defendants are giving Plaintiff proper notice of this removal.

14. Defendants reserve the right to amend or supplement this Notice of Removal and further reserve the right to raise all defenses and objections.

WHEREFORE, Defendants respectfully request that the above-entitled action be removed from the County in and for Hillsborough County, Florida, to the United States District for the Middle District of Florida for all further proceedings.

Dated: February 18, 2021

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s Christopher Walker
Christopher Walker, Esq.
FBN: 114793
10151 Deerwood Park Blvd.
Bldg. 300, Suite 300
Jacksonville, FL 32256
P: 904-660-0020
F: 904-660-0029
E: cwalker@lippes.com
*Attorneys for Defendant Monterey Financial Services LLC*

/s Marty A. Stone
Marty A. Stone, Esq.
Law Office of M.A. Stone, LLC
14142 Amelia Island Way
Orlando, FL 32828
P: 321-4433-4643
F: 888-506-6155
E: mstone@maslaw.net
*Attorney for Defendant Ascandant Holidays, LLC*